Com. v. James ...................... 295 EDA 2016    01/25/2017    CP–39–CR–0002627–
Affirmed 2015
(Lehigh)

Com. v. Burgess .................... 366 MDA 2016    01/25/2017    CP–40–CR–0003452–
Affirmed 2014
(Luzerne)

Com. v. Forde ...................... 446 MDA 2016    01/25/2017    CP–22–CR–0000057–
Affirmed 2010
(Dauphin)

Com. v. D.A.R. ..................... 694 MDA 2016    01/25/2017    CP–36–CR–0005020–
Affirmed 2015
(Lancaster)

Paloskey v. Hagerman ............... 732 MDA 2016    01/25/2017    2014–00099
Affirmed (Clinton)

M.E.H. v. J.P.N. ................... 1073 WDA 2015    01/25/2017    DR 1040–09
Affirmed (Cambria)

Com. v. Hetherington ............... 1482 WDA 2015    01/25/2017    CP–65–CR–0004009–
Vacated and 2013
Remanded CP–65–CR–0004012–
2013
(Westmoreland)

Hanaway v. Sadsbury Associates, LP ... 224 EDA 2016    01/26/2017    No. 2014–10911–MJ
Affirmed (Chester)

J&D Brothers, Inc. v. Crist [32] .......... 562 EDA 2016    01/26/2017    No. 2013–C–0310
Affirmed (Lehigh)

Wagner v. Standard Steel, LLC ........ 850 EDA 2016    01/26/2017    140703015
Affirmed (Philadelphia)

Com. v. Bennett..................... 2584 EDA 2016    01/26/2017    CP–51–CR–0108651–
Affirmed 2006
(Philadelphia)

Com. v. Haas [33] ..................... 1858 MDA 2015    01/26/2017    CP–67–CR–0005471–
Affirmed 2011
(York)

Com. v. Hicks ...................... 734 MDA 2016    01/26/2017    CP–06–CR–0003528–
Affirmed 2015
(Berks)

Com. v. Welch ...................... 926 MDA 2016    01/26/2017    CP–28–CR–0000328–
Affirmed 2015
Application to (Franklin)
Withdraw as
Counsel
Granted

Com. v. Welch ...................... 967 MDA 2016    01/26/2017    CP–28–CR–0000607–
Affirmed 2014
Application to (Franklin)
Withdraw as
Counsel
Granted

---

**32.** Petition for reargument denied April 4, 2017.
**33.** Petition for reargument denied April 6, 2017.